# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 14-7142** | **September Term, 2014** |
| | 1:13-cv-00355-ABJ |
| | Filed On: September 29, 2014 [1514435] |

Diag Human S.E.,

    Appellant

    v.

Czech Republic - Ministry of Health,

    Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The appellant is directed to file status reports at 60-day intervals beginning October 29, 2014. A copy of each status report must be served on the district court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the district court proceedings in Civil Action No. 13-0355, Diag Human S.E. v. Czech Republic-Ministry of Health.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

                                              FOR THE COURT:
                                              Mark J. Langer, Clerk

                        BY:    /s/
                                              Lynda M. Flippin
                                              Deputy Clerk