# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7142**  September Term, 2014

1:13-cv-00355-ABJ

Filed On: February 11, 2015 [1536983]

Diag Human S.E.,

    Appellant

    v.

Czech Republic - Ministry of Health,

    Appellee

## O R D E R

Upon consideration of appellant's motion to establish briefing schedule, the response thereto, and the court's initial submissions order issued this date, it is

**ORDERED** that the motion be denied without prejudice. It is the court's practice to defer briefing until the filing of initial submissions and the resolution of procedural and dispositive motions, if any. See D.C. Cir. Handbook of Practice and Internal Procedures 20-22, 28 (2013).

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Mark A. Butler
                              Deputy Clerk